# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**MARK J. SMITH**                                                     **PETITIONER**

**v.**              **CASE NO. 5:10cv00206 BSM/HDY**

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                          **RESPONDENT**

## JUDGMENT

In accordance with the order entered today, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 27th day of May, 2011.

                                                       _____
                                                      UNITED STATES DISTRICT JUDGE